---------------------------------------------------------------
PROGRESSIVE CASUALTY INSURANCE COMPANY,

                     Plaintiff,

vs.

BAM PRODUCE, INC., MANUEL OSVALDO NUNEZ, JR., MTLR CORP., and RON COUCHMAN,

                     Defendants.

---------------------------------------------------------------

Civil Action No. 1:17-CV-00289-AKH

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that MOLOD, SPITZ & DESANTIS, P.C. and Andrew Small, Esq., appear in the above-captioned action on behalf of the Defendant, MTLR CORP., and that henceforth, all pleadings, motions, correspondence, etc. should be provided to the undersigned on behalf of said defendant.

Dated: New York, NY
        June 15, 2017

                                            Yours, etc.

                                            _____
                                            Andrew Small, Esq. (AS-1294)
                                            MOLOD, SPITZ & DeSANTIS, P.C.
                                            **Attorneys for Defendant**
                                            **MTLR CORP**
                                            Office and P.O. Address
                                            1430 Broadway
                                            New York, NY 10018
                                            Tel. 212.869.3200
                                            Fax 212.869.4242
                                            Email: Asmall@molodspitz.com
                                            Our file no. SP 4599