UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROGRESSIVE CASUALTY INSURANCE COMPANY,

          Plaintiff,

vs.

BAM PRODUCE, INC., MANUEL OSVALDO NUNEZ, JR., MTLR CORP., and RON COUCHMAN,

          Defendants.

---

Civil Action No. 1:17-CV-00289-AKH

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant MTLR CORP. ("MTLR") hereby states:

    1.    MTRL has no parent company; and

    3.    No other publicly held company owns 10% or more of MTLR stock.

Dated: New York, NY
         June 21, 2017

                             Yours, etc.

                             _____
                             Andrew Small, Esq. (AS-1294)
                             MOLOD, SPITZ & DeSANTIS, P.C.
                             **Attorneys for Defendant**
                             **MTLR CORP**
                             1430 Broadway
                             New York, NY 10018
                             Tel. 212.869.3200
                             Fax 212.869.4242
                             Email: Asmall@molodspitz.com
                             Our file no. SP 4599